James R. Batchelder (CSB # 136347)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

Evan Gourvitz (NYS Bar # 2995355; *pro hac vice* to be filed)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
evan.gourvitz@ropesgray.com

Attorneys for Plaintiffs
TARRANT CAPITAL IP, LLC and TPG INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPG INC. and TARRANT CAPITAL IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA BARBARA TAX PRODUCTS GROUP, LLC<br><br>Defendant. | Case No. 24cv00105-AGS- JLB<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Southern District Local Rule 40.2:

1

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Plaintiff TPG Inc. hereby discloses that it is a publicly held Delaware corporation, has no parent corporation, and no publicly held corporation holds 10% or more of TPG Inc.'s stock.

Plaintiff Tarrant Capital IP, LLC hereby discloses that it is a subsidiary wholly owned by TPG Inc.

Respectfully submitted,

Date: January 16, 2024

By: *James R. Batchelder*
James R. Batchelder (CSB # 136347)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

Evan Gourvitz (*pro hac vice* to be filed)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
evan.gourvitz@ropesgray.com

Attorneys for Plaintiffs
TARRANT CAPITAL IP, LLC and TPG INC.

2

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**