James R. Batchelder (CSB # 136347)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

Evan Gourvitz (NYS Bar # 2995355; *pro hac vice* to be filed)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
evan.gourvitz@ropesgray.com

Attorneys for Plaintiffs
TARRANT CAPITAL IP, LLC and TPG INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPG INC. and TARRANT CAPITAL IP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA BARBARA TAX PRODUCTS GROUP, LLC <br><br> Defendant. | Case No. 24cv00105-AGS-JLB <br><br> **PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** <br><br> **JURY TRIAL DEMANDED** |

1

**PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Pursuant to Southern District Local Civil Rule 40.2, Plaintiffs TPG Inc. and Tarrant Capital IP, LLC (collectively "TPG"), by and through undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a direct financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a direct, non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Plaintiff TPG Inc.

2.  Plaintiff Tarrant Capital IP, LLC

3.  Ropes & Gray LLP.  This law firm represents TPG in this action.

4.  Defendant Santa Barbara Tax Products Group, LLC

Respectfully submitted,

Date: January 16, 2024

By: *James R. Batchelder*
James R. Batchelder (CSB # 136347)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

Evan Gourvitz (*pro hac vice* to be filed)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
evan.gourvitz@ropesgray.com

Attorneys for Plaintiffs
TARRANT CAPITAL IP, LLC and TPG INC.

2